# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                                                         **Case No. 92-CR-113**
                                                                       **06-C-536**

**JOHN ERIC SANDLES,**

        **Movant.**

## DECISION AND ORDER

On May 7, 2003, the Court received the "Petition for Writ of Error Coram Nobis" filed by the movant John Eric Sandles ("Sandles"). In that motion, Sandles claims that this Court lacked jurisdiction to enter judgment against him. Despite the caption on Sandles's filing, it substantively comes within the purview of 28 U.S.C. § 2255. *See United States v. Lloyd*, 398 F.3d 978, 980 (7th Cir. 2005). Sandles is attacking his underlying conviction and imprisonment.

This is not Sandles's first Section 2255 motion; he has previously filed multiple such motions. Insofar as Sandles's motion is a successive motion within the meaning of 28 U.S.C. §§ 2244 & 2255, and, insofar as Sandles has not obtained authorization from the Court of Appeals to file a successive motion, this Court lacks jurisdiction to consider the substance of his arguments.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

The Clerk of Court **SHALL** open a separate case number for Sandles's motion, herein recharacterized as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Sandles's Motion is **DISMISSED** for lack of jurisdiction.

The clerk of court **SHALL** enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 1st day of May, 2006.

                                    **BY THE COURT**

                                    s/ Rudolph T. Randa
                                    **Hon. Rudolph T. Randa**
                                    **Chief Judge**