AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

      V.                  CASE NUMBER: **06-C-536**
                                     **(92-Cr-113)**

**JOHN ERIC SANDLES**,

        Movant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that John Eric Sandles's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED for lack of jurisdiction. This case is hereby DISMISSED.**

| **May 1, 2006** | **SOFRON B. NEDILSKY** |
|---|---|
| Date | Clerk |

                                              s/ Linda M. Zik
                                              (By) Deputy Clerk