# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

      V.                                 CASE NUMBER: **06-C-536**
                                                                    (**92-Cr-113**)

**JOHN ERIC SANDLES**,

               Movant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that John Eric Sandles's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED for lack of jurisdiction. This case is hereby DISMISSED.**

| | |
|---|---|
|     **May 1, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |